[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUG 22, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-16628
Non-Argument Calendar

_____

D. C. Docket No. 06-00190-CR-T-27-EAJ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LEONEL RENTERIA-CUERO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(August 22, 2007)**

Before TJOFLAT, BARKETT and HULL, Circuit Judges.

PER CURIAM:

Alec Fitzgerald Hall, appointed counsel for Leonel Renteria-Cuero in this

direct criminal appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of merit, counsel's motion to withdraw is **GRANTED**, and Renteria-Cuero's convictions and sentences are **AFFIRMED**.